IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-3307-WJM-NRN

HOWARD COHAN,

    Plaintiff,

v.

MISSCO LLC, a Colorado limited liability company,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Adopting February 6, 2020 Recommendation of United States Magistrate Judge [ECF 15] entered by United States District Judge William J. Martínez on March 5, 2020, it is

ORDERED that the February 6, 2020 Recommendation of the United States Magistrate Judge [ECF 14] is adopted in its entirety. It is further

ORDERED that Plaintiff's claims are dismissed without prejudice pursuant to D.C.COLO.LCivR 41.1. It is further

ORDERED that the parties shall bear their own costs.

This case will be closed.

DATED at Denver, Colorado, this 5th day of March, 2020.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By:    s/A. Frank
       A. Frank
       Deputy Clerk